UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:23-cv-22987-KMW__

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

APPROXIMATELY $21,248,434.25 IN U.S. CURRENCY, DEPOSITED WITH THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND ENTERED AS TO NAMAN WAKIL WITH RECEIPT #FLS100234601

       Defendant *In Rem*.

_____/

## APPLICATION FOR WARRANT OF ARREST IN REM

The United States of America, through its counsel, respectfully requests that this Honorable Court issue the attached Warrant of Arrest in Rem pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States says the following:

1. On August 9, 2023, the United States filed a complaint for civil forfeiture in rem in the above-referenced case. The complaint seeks the forfeiture of approximately $21,248,434.25 in U.S. Currency, Deposited with the Clerk of Court of the United States District Court for the Southern District of Florida, and Entered as to Naman Wakil with Receipt #FLS100234601 (the "Defendant Asset").

2. The Defendant Asset is not presently in the possession, custody or control of the United States and is not presently subject to any judicial restraining order.

3. Supplemental Rule G(3)(b)(ii) provides that if property is subject to forfeiture in a

civil forfeiture case, and the property is not in the Government's possession, custody or control and is not subject to a judicial restraining order, the Court, on a finding of probable cause, must issue a warrant to arrest the property.

4. The facts supporting a finding of probable cause to believe that the Defendant Asset is subject to forfeiture are set forth in the Complaint.

**WHEREFORE**, the United States respectfully requests that the Court find that there is probable cause to believe that the Defendant Asset is subject to forfeiture and issue the proposed warrant of arrest in rem directing the Internal Revenue Service or other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose to the Defendant Asset.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   *s/ Marx P. Calderón*
Marx P. Calderón
Assistant United States Attorney
Court ID No. A5502700
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov

*Counsel for United States of America*