UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

APPROXIMATELY $21,248,434.25 IN U.S. CURRENCY, DEPOSITED WITH THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND ENTERED AS TO NAMAN WAKIL WITH RECEIPT #FLS100234601,

        Defendant *in rem*.

_____/

## WARRANT OF ARREST IN REM

**TO:** THE INTERNAL REVENUE SERVICE AND/OR ANY OTHER UNITED STATES OFFICER OR EMPLOYEE, SOMEONE UNDER CONTRACT WITH THE UNITED STATES, OR SOMEONE SPECIALLY APPOINTED BY THE COURT

**WHEREAS**, on August 9, 2023, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Southern District of Florida against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

**WHEREAS**, the Court, having reviewed the Verified Complaint and the Government's Application for Warrant of Arrest in Rem, hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, that there is probable cause to believe that the defendant property, which is not presently in the Government's possession, custody or control or subject to a judicial restraining order, is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A); and

**WHEREAS**, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

**YOU ARE, THEREFORE, HEREBY COMMANDED** to arrest the defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: _____

By: _____
UNITED STATES DISTRICT JUDGE or
MAGISTRATE JUDGE

cc: AUSA Marx Calderón
    AUSA Joshua Paster