**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22987-CV-WILLIAMS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $21,248,434.25 IN
U.S. CURRENCY, DEPOSITED WITH
THE CLERK OF COURT OF THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA, AND ENTERED AS TO NAMAN
WAKIL WITH RECEIPT #FLS100234601,

    Defendant *in rem*.

_____/

## WARRANT OF ARREST IN REM

**TO:** THE INTERNAL REVENUE SERVICE AND/OR ANY OTHER UNITED STATES OFFICER OR EMPLOYEE, SOMEONE UNDER CONTRACT WITH THE UNITED STATES, OR SOMEONE SPECIALLY APPOINTED BY THE COURT

On August 9, 2023, the United States of America ("***Government***") filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the Southern District of Florida against the Defendant Asset, approximately $21,248,434.25 in U.S. currency, deposited with the Clerk of Court of the United States District Court for the Southern District of Florida, and entered as to Naman Wakil with Receipt #FLS100234601 ("***Defendant Asset***"), alleging that the Defendant Asset is subject to seizure and civil forfeiture to the United States (DE 1) ("***Verified Complaint***"); and

The Court, having reviewed the Verified Complaint and the Government's Application for Warrant of Arrest *in Rem* (DE 3), hereby finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions, that there is probable cause to believe that the Defendant Asset, which is not presently in the Government's possession, custody, or control or subject to a judicial restraining order, is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A); and

Because Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose;

**YOU ARE, THEREFORE, COMMANDED** to arrest the Defendant Asset as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody, or control the Defendant Asset is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return, identifying the individuals upon whom copies were served and the manner employed.

Dated: September 6, 2023



KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By ___R. Bissainthe___
Deputy Clerk
Date __Sep 6, 2023__

## **RETURN OF SERVICE**

I hereby certify that I executed this warrant by serving _____ by

_____ on the ___ day of September, 2023.

_____
Patricia Gonzalez
Special Agent
Internal Revenue Service-Criminal
Investigations