UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22987-WILLIAMS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

APPROXIMATELY $21,248,434.25 IN U.S. CURRENCY, DEPOSITED WITH THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND ENTERED AS TO NAMAN WAKIL WITH RECEIPT #FLS100234601,

       Defendant *In Rem*.
_____/

**NOTICE OF FILING RETURN OF SERVICE
ON WARRANT OF ARREST IN REM**

    Plaintiff, United States of America (the "United States"), by and through the undersigned Assistant United States Attorneys, hereby files this Notice of Filing Return of Service on Warrant of Arrest in Rem.

                                       Respectfully submitted,

                                       **MARKENZY LAPOINTE
                                       UNITED STATES ATTORNEY**

              By:    *s/ Marx P. Calderón*
                        Marx P. Calderón
                        Assistant United States Attorney
                        Court ID No. A5502700
                        99 N.E. 4th Street, 7th Floor
                        Miami FL, 33132-2111
                        Telephone: (305) 961-9036
                        E-mail: Marx.Calderon@usdoj.gov

*s/ Joshua Paster*
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
Email: Joshua.Paster@usdoj.gov

*Counsel for United States of America*