## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving  Karen S., Court Clerk   by


 Hand-delivering warrant   on the  14  day of September, 2023.


_____
Patricia Gonzalez
Special Agent
Internal Revenue Service-Criminal
Investigations