UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22987-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

APPROXIMATELY $21,248,434.25 IN U.S.
CURRENCY, DEPOSITED WITH THE CLERK
OF COURT OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA, AND ENTERED AS TO NAMAN
WAKIL WITH RECEIPT #FLS100234601,

       Defendant *In Rem.*
_____/

## **NOTICE OF APPEARANCE AS COUNSEL**

Please take notice that **HOWARD SREBNICK** hereby files this appearance as counsel for Claimant, Ingrid Maria Sayegh Sakkal, in this matter. This appearance does not include any appeal, if any.

       Respectfully submitted,

       **BLACK SREBNICK**
       201 South Biscayne Boulevard, Suite 1300
       Miami, Florida 33131
       Tel. (305) 371-6421

       /s/  *Howard Srebnick*
       HOWARD SREBNICK, ESQ.
       Florida Bar No. 919063
       E-mail: HSrebnick@RoyBlack.com