# EXHIBIT A



Account Number ██ 6315
Account Code

## JOINT ACCOUNT AGREEMENT, INDIVIDUAL SIGNATURE WITH RIGHT OF EXCLUSION   1b

WAKIL Naman and/or SAYEGH SAKKAL Ingrid Maria              (hereinafter "The Holders") herewith open an account with REYL & CIE S.A. (hereinafter "The Bank"), which accepts to open it in its books at the following conditions:

1. This agreement exclusively governs the Holders' right of disposal towards the Bank, regardless of the internal relationship among the Holders and their assignees. Therefore, regarding the funds and assets deposited with the Bank, the Bank is not concerned at all by the relations of property, any claims based on succession or the liquidation of any matrimonial estate.

2. The Bank shall grant to each Holder of the joint account the right to carry out any ant all transactions related thereto, acting **individually** and without the participation of any of the other Holder(s), i.e., to proceed with any deposits and withdrawals, to dispose of the balance of the account, to apply for credits, to overdraft the account, to request loans and direct or indirect liabilities, to sign all deeds and documents, to close the account and to give discharge to the Bank.

3. Regarding the joint account, the Holders are liable towards the Bank jointly and severally, by virtue of this agreement, i.e., each Holder is jointly a debtor towards the Bank regarding any and all liabilities and obligations related to the joint account, whether they were taken in the interest of one or the other of the Holders or even in the interest of third parties.

4. By virtue of the Bank's lien, the assets on the joint account shall guarantee the Bank's claims against each account Holder individually, including the claims resulting from transactions carried out on other accounts than the joint account; the same rule applies to the right of set-off.

5. A new co-Holder may only be admitted with the explicit consent of all Holders.

6. **In the event of death, declaration of absence, Bankruptcy or loss of the legal capacity to act of one of the Holders, this agreement shall remain in force regarding the other Holders who shall keep their right to dispose of the account, any other person being excluded.**

7. Regarding the joint account, each Holder is entitled, individually and without requesting the other Holders' consent, to confer the right to represent him/her to a third party. No Holder has the right to cancel a power of attorney granted by another Holder.

8. The authorization by one of the Holders is sufficient to release the Bank from the Banking secrecy regarding the joint account as well as regarding any transactions carried out on the said account.

9. The Bank shall accept neither challenge nor opposition by one of the co-Holders regarding the right of the other Holders to dispose of the account. However, in the event of a legal action among the co-Holders regarding the joint account, the Bank will have to block the said account as soon as it is officially notified thereof; it will maintain the blockage until it receives a request for blocking signed by all co-Holders or a final court ruling settling the matter. These clauses are without prejudice to the Bank's right to request from the co-Holders the reimbursement of the balance of the account.

10. The Holders and, if applicable, their assignees, are all held jointly and severally to release and guarantee the Bank regarding any claims whatsoever that may be made against the Bank on the grounds of this agreement.

11. **The existence of a joint account shall be acknowledged by the Bank only after the signature of this agreement by all account Holders.**

Ref.:A1b-02.2011

3363 – 1b
Joint Acc. indiv. signature

1|2

02-000019



Account Number ██6315

Account Code

## JOINT ACCOUNT AGREEMENT, INDIVIDUAL SIGNATURE WITH RIGHT OF EXCLUSION    1b

12. **The Bank's GENERAL TERMS AND CONDITIONS remain valid regarding any points that are not covered explicitly by this agreement.**

13. Any relations deriving from this agreement or originating thereof -- whatever their legal grounds may be -- are governed exclusively by SWISS LAW.

    Any litigation that may arise from this relationship -- whatever its legal grounds may be -- shall be submitted to the exclusive jurisdiction of the ordinary courts of the Canton of Geneva. The appeal to the Swiss Federal Court remains reserved

    The Bank nevertheless remains entitled to file action before the courts of the Client's place of domicile as well as before any other appropriate court or authority, both in Switzerland and abroad, whereas SWISS LAW shall remain applicable.

Date:

April 23, 2015

Signature(s) of the account holder(s):

NW. X   _[signature]_
IS X   Ingrid Rayeyl _[signature]_

Approved by REYL & CIE S.A. representative : _____

Ref.:A1b-02.2011                                                                                      2|2

02-000020