UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

CASE NO. 23-cv–22987 (KMW)

APPROXIMATELY $21,248,434.25 IN U.S. CURRENCY, DEPOSITED WITH THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, AND ENTERED AS TO NAMAN WAKIL WITH RECEIPT #FLS100234601,

    Defendant *In Rem*.
_____/

## NOTICE OF APPEARANCE

Stephen James Binhak, an attorney at the Law Office of Stephen James Binhak, P.L.L.C., enters this appearance as counsel on behalf of Claimant, Ingrid Maria Sayegh Sakkal in this matter for all proceedings in the District Court only. Please serve all pleadings and papers on the undersigned at the address listed below.

Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Claimant, Ingrid Maria Sayegh Sakkal*
One Southeast Third Ave., Suite 2600
Miami, Florida 33131
Telephone: (305) 361-5500

By:   /s/ Stephen James Binhak
Stephen James Binhak, Esq.
binhaks@binhaklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/ Stephen James Binhak   
STEPHEN JAMES BINHAK