UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-22987-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**APPROXIMATELY $21,248,434.25 IN U.S. CURRENCY,**

    Defendant *in rem*.
_____/

**FINAL JUDGMENT OF FORFEITURE**

Pursuant to Federal Rule of Civil Procedure 54 and 58, and in accordance with the Stipulation and Settlement Agreement entered into by the United States of America ("United States") and Claimant Ingrid Maria Sayegh Sakkal ("Claimant") [ECF No. 40-1] ("Settlement Agreement"), as approved by this Court [ECF No. 41], and the Court having reviewed the record in this case and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The United States' Motion for Entry of Final Judgment of Forfeiture **[ECF No. 42]** is **GRANTED**.

2. Judgment is entered in favor of the United States and all right, title and interest in the following property, including accrued interest, are forfeited to the United States for disposition according to law:

    a. 90% of the approximately $21,248,434.25 in U.S. currency, deposited with the Clerk of Court of the United States District Court for the Southern

District of Florida, and entered as to Naman Wakil with receipt #FLS100234601.

3. Pursuant to the Settlement Agreement, the remaining 10% of the property, including accrued interest, shall be returned to Claimant.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 7th day of January 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**